# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )    Case No. 5:23-MJ-5065
)
INFORMATION ASSOCIATED WITH THE CELLULAR )
TELEPHONE ASSIGNED CALL NUMBER (606) )
548-3083, WITH VERIZON COMMUNICATIONS )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____New Jersey_____
*(identify the person or describe the property to be searched and give its location)*:
See Attachment A, which is incorporated as if set forth fully herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
See Attachment B, which is incorporated as if set forth fully herein.

**YOU ARE COMMANDED** to execute this warrant on or before     March 10, 2023     *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     Matthew A. Stinnett     .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
    ☐ for \_\_\_\_\_ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:    **8:31 PM, Feb 24, 2023**         *Matthew A. Stinnett* (signature)
                                                                           *Judge's signature*

City and state:    Lexington, Kentucky                    Matthew A. Stinnett, U.S. Magistrate Judge
                                                                             *Printed name and title*

| Return | | |
|---|---|---|
| Case No.:<br>5:23-MJ-5065 | Date and time warrant executed:<br>2/24/2023 at 10:00PM (EST) | Copy of warrant and inventory left with:<br>vsat.cct@one.verizon.com |

Inventory made in the presence of: Senior Special Agent Matthew Mann, U.S. Secret Service

Inventory of the property taken and name(s) of any person(s) seized:

One Microsoft Excel file (size 52KB, file type .csv), with Latitude and Longitude Coordinates for subject phone number, data at 15 minute intervals from Feb 25, 2023 (0400 GMT) to March 6, 2023 (1715 GMT).

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/15/2023

*Executing officer's signature*
Senior Special Agent Matthew Mann, U.S. Secret Service

*Printed name and title*